Matthew D. Mellen (SBN: 233350)
Sarah Adelaars (SBN: 281748)
MELLEN LAW FIRM
411 Borel Ave., Suite 230
San Mateo, CA 94402
Mellenlaw@yahoo.com
Tel: (650) 638-0120
Fax: (650) 638-0125

Attorney for Plaintiff
VICTORIA STROWBRIDGE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA STROWBRIDGE, an individual, | Case No. C 12-03732 RS |
| Plaintiff, | [PROPOSED] ORDER DISMISSING VICTORIA STROWBRIDGE'S COMPLAINT PURSUANT TO FRCP 41(a)(1) |
| v. | |
| WELLS FARGO BANK, N.A., a business entity; and Does 1 through 100, inclusive, | |
| Defendants. | |

The Court, having received Plaintiff's Notice of Dismissal filed September 19, 2012, hereby

dismisses United States District Court Case Number C 12-03732-RS in its entirety.  Pursuant to

Federal Rule of Civil Procedure 41(a)(1), this dismissal is without prejudice.  So ordered.


Dated:  9/25/12                                    _____

                                                   HONORABLE RICHARD SEEBORG
                                                   UNITED STATES DISTRICT JUDGE

1