Matthew D. Mellen (SBN: 233350)
Sarah Adelaars (SBN: 281748)
MELLEN LAW FIRM
411 Borel Ave., Suite 230
San Mateo, CA 94402
Mellenlaw@yahoo.com
Tel: (650) 638-0120
Fax: (650) 638-0125

Attorney for Plaintiff
VICTORIA STROWBRIDGE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA STROWBRIDGE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a business entity; and Does 1 through 100, inclusive,<br><br>Defendants. | Case No. C 12-03732 RS<br><br>[PROPOSED] **ORDER DISMISSING VICTORIA STROWBRIDGE'S COMPLAINT PURSUANT TO FRCP 41(a)(1)** |

The Court, having received Plaintiff's Notice of Dismissal filed September 19, 2012, hereby dismisses United States District Court Case Number C 12-03732-RS in its entirety. Pursuant to Federal Rule of Civil Procedure 41(a)(1), this dismissal is without prejudice. So ordered.

Dated:  9/25/12

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1